Johnson v 300 Sullivan Place LLC (2024 NY Slip Op 50508(U))

[*1]

Johnson v 300 Sullivan Place LLC

2024 NY Slip Op 50508(U)

Decided on May 1, 2024

Civil Court Of The City Of New York, Kings County

Weisberg, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through May 2, 2024; it will not be published in the printed Official Reports.

Decided on May 1, 2024
Civil Court of the City of New York, Kings County

Patricia Johnson, SHANEEKA WILSON, LISA THINES, LAURA CASEY, SUSANNA DEAN LABOWITZ, JULES LARAQUE, TABITHA JULIEN, VICTOR TAYLOR, LEIGH METHERELL, DALE CUMMING, Petitioner,

against
300 Sullivan Place LLC, IMK MANAGEMENT LLC, ISAAC HEIMOVITS, BORIS EVELKIN, NATHAN EVELKIN, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, Respondents.

Index No. 331773/23

Opinion withdrawn from online only publication by the State Reporter. This 
opinion will be published in the Miscellaneous Reports. See
2024 NY 
Slip Op 24133.